IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 03 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:19CR00387 DPM |
| | ) | |
| MONTARIAL ADARYL WESLEY | ) | 18 U.S.C. § 1791(a)(2) |

**MISDEMEANOR INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about June 17, 2018, in the Eastern District of Arkansas, the defendant,

MONTARIAL ADARYL WESLEY,

being an inmate of a prison, namely, the Federal Correctional Complex in Forrest City, Arkansas, did knowingly possess and obtain a prohibited object, to wit: a phone or other device used by a user of a commercial mobile service, as defined by Title 47, United States Code, Section 332(d), in connection with such service, in violation of Title 18, United States Code, Section 1791(a)(2).

CODY HILAND
UNITED STATES ATTORNEY

_/s/ Benecia Moore_
BENECIA B. MOORE
Assistant U. S. Attorney
Bar No. 2006050
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Benecia.Moore@usdoj.gov